AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hanan, Beth E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Eastern District of Wisconsin | 3. Date of Report<br><br>09/17/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

517 E. Wisconsin Ave.
Room 162
Milwaukee WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Financial powerr of attorney | POA 1 |
| 2. | Successor trustee | Michael John Greaney Trust/_____ Fund |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Patina Solutions Group Inc. salary |
| 2. | 2017 | LegendarWhitetails salaryy |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 3/2/17-3/3/17 | Kohler, W! | Bankruptcy education conference (speaker) | loding and meals |
| 2. | Aspen Institute & American Bar Fdn. | 7/21-23/17 | Evanston, IL | Law and Society legal educcation seminar | lodgin and meals |
| 3. | State Bar of Wisconsin | 11/5/17 | Milwaukee, WI | Bankruptcy seminary (speaker) | registration and meal |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Liquid Asset Fund | A | Interest | | T | | | J | | |
| 2. Franklin Mutual Global Discovery | A | Dividend | | T | Sold (part) | 03/10/17 | K | A | |
| 3. MFSGlobal Alternative Strategy aka MFS Diverse Target Return | A | Dividend | | T | Sold (part) | 03/10/17 | K | A | |
| 4. Oppenheimer Developing Markets | A | Dividend | | T | Sold (part) | 03/10/17 | K | A | |
| 5. | | | | | Sold | 03/13/17 | K | A | |
| 6. Oppenheimer Equity Income | A | Dividend | | T | Sold (part) | 03/10/17 | L | A | |
| 7. | | | | | Sold | 03/13/17 | K | A | |
| 8. | A | Dividend | | | Sold (part) | 03/11/17 | K | A | |
| 9. Touchstone Sands Capital Select Growth | A | Dividend | | T | Sold (part) | 03/10/17 | L | A | |
| 10. | | | | | Sold | 03/13/17 | K | A | |
| 11. Voya Global Real Estate aka ING Global Real Estate | A | Dividend | | T | Sold (part) | 03/13/17 | K | A | |
| 12. | | | | T | Sold | 03/16/17 | J | A | |
| 13. Voya MidCap Opportunities aka ING MidCap Opportunities | A | Dividend | | T | Sold (part) | 03/10/17 | K | A | |
| 14. Jackson Variable Annuity- Jackson National S&P Managed Aggr. Growth | D | Int./Div. | | T | Sold | 03/14/17 | M | D | |
| 15. Patina Solutions Inc. common stock | | None | L | T | | | | | |
| 16. Patina Solutions Inc. preferred stock | B | Dividend | J | T | | | | | |
| 17. Patina Solutions Inc. stock options | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Howick Associates 1/3 interest in PFG common stocck | | None | | | Sold | 05/09/16 | J | | |
| 19. Franklin Mutual Global Discovery | A | Dividend | | | Sold | 03/13/17 | K | A | |
| 20. MFS Global Alernative Strategy aka MFS Diverse Target Return | A | Dividend | | | Sold | 03/16/17 | J | A | |
| 21. Voya MidCap Opportunities aka ING MidCap Opportunities | A | Dividend | | | Sold | 03/13/17 | K | A | |
| 22. Wells Fargo Absolute Return | A | Dividend | | T | Sold | 03/10/17 | K | A | |
| 23. FI Enhanced Global High Yield UBS | D | Dividend | K | | Buy | 03/10/17 | K | | |
| 24. FI Enhanced Lrg Cap Growth CS | E | Dividend | L | T | Buy | 03/10/17 | L | | |
| 25. Rydex ETFf Tr Guggenheim | D | Dividend | L | T | Buy | 03/10/17 | L | | |
| 26. | | | | | Sold (part) | 06/05/17 | K | A | |
| 27. | | | | | Sold (part) | 10/13/17 | K | A | |
| 28. Select Sector SPDR TR FNL | A | Dividend | J | T | Buy | 03/10/17 | M | | |
| 29. | | | | | Sold (part) | 04/25/17 | L | A | |
| 30. | | | | | Sold (part) | 06/05/17 | K | A | |
| 31. | | | | | Sold (part) | 10/13/17 | J | A | |
| 32. FI Enhanced Euro 50 ETN | D | Dividend | K | T | Buy | 03/13/17 | K | | |
| 33. Ishares TR Global CNSM STP ETF | A | Dividend | | T | Buy | 03/13/17 | J | | |
| 34. | | | | T | Sold | 06/05/17 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Select Sector SPRD Tr Healthcare | B | Dividend | L | T | Buy | 03/13/17 | L | | |
| 36. Vanguard FTSE Europe ETF | D | Dividend | L | T | Buy | 03/13/17 | L | | |
| 37. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 38. Vanguard Industrials ETF | A | Dividend | K | T | Buy | 03/14/17 | J | | |
| 39. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 40. Ihares INC MSCI Eurzone ETF | B | Dividend | K | T | Buy | 03/16/17 | K | | |
| 41. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 42. Powershares QQQ Trust Unit Ser | A | Dividend | L | T | Buy | 03/16/17 | L | | |
| 43. Select Sector SPDR Tr CONS Dis | A | Dividend | J | T | Buy | 03/17/17 | K | | |
| 44. | | | | | Sold (part) | 04/25/17 | K | A | |
| 45. | | | | | Sold (part) | 06/05/17 | K | A | |
| 46. Ishares INC MSCI JPN ETF NEW | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 47. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 48. Ishares MSCI Europe FN ETF | B | Dividend | L | T | Buy | 04/25/17 | J | | |
| 49. | | | | | Buy (add'l) | 06/05/17 | L | | |
| 50. Vanguard FTSE Emerging MKT | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 51. Ishares Tr Global Telecom ETF | A | Dividend | J | T | Buy | 06/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Select Sector SPDR Tr Consumer | A | Dividend | K | T | Buy | 10/13/17 | K | | |
| 53. Ishate TR Global Tech ETF | A | Dividend | K | T | Buy | 03/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanan, Beth E. | 09/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust/Fund mentioned in Section I was created on an emergency basis a week before Michael Greaney died. I was replaced by a different successor trustee as of December 1, 2017. During those few months I undertook no duties nor receeived compensation. I also was listed as trust protector from May 30-June 8, 2017. I never had a beneficial interest in the trust and therefore there are no reportable assets.

Regarding Section VII, in March 2017 we transferred our mutual funds/401k investments held at Morgan Stanley to Fisher Investments, whereupon those holdings were sold an proceeds reinvested by FI in ETFs. As part of that switch, the Jackson annuity was sold an proceeds used by Fisher to purchase ETF units.

For other items in Sec. VII:
Line 2 - no gross value shown in column C because remainder of this asset was sold later. See Line 19.
Line 3 - no gross value shown in column C becuase remainder of this asset was sold later. See Line 20.
Line 4 - no gross value shown in column C becuase remainder of this asset was sold later. See line 5.
Line 6 & 8 - no gross value shown in column C because remainder of this asset was sold later. See Line 7.
Line 13 - no gross value shown in column C becacuse remainder of this asset was sold later. See Line 21.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth E. Hanan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544